No. 14,095.

BRIGGS, ADMINISTRATOR ET AL. V. TAYLOR ET AL.
(65 P. [2d] 1439)

Decided March 15, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard and Mr. Justice Bakke, participating.

Mr. HAMLET J. BARRY, for plaintiffs in error.

Mr. FLOYD E. PENDELL, Mr. J. M. HODGSON, for defendants in error.